**Robert Neil JOANNIDES,
Plaintiff–Appellant,**

v.

**Russell GINN; Larry Dail; Robert
Tyson, Defendants–Appellees.**

**No. 01–7423.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 26, 2002.

Decided March 12, 2002.

Robert Neil Joannides, Appellant Pro
Se. Buren Riley Shields, III, North Carolina Department of Justice, Raleigh,
North Carolina, for Appellees.

Before TRAXLER and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Robert Neil Joannides appeals the district court's order denying relief on his 42
U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and
the district court's opinion accepting the
magistrate judge's recommendation and
find no reversible error. Further, Joannides' claims regarding his untimely submission of affidavits, and allegations of
bias on the part of the magistrate judge
are meritless. Accordingly, we affirm on
the reasoning of the district court. *See
Joannides v. Ginn*, No. CA–00–58–5–BR

(E.D.N.C. July 18, 2001). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*